UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **vs.** § | **CR. NO. C-05-384(01)** |
| § | |
| **RAUL RAMIREZ** § | |

### ORDER GRANTING MOTION SUBSTITUTE COUNSEL

Defendant's motion to substitute counsel is GRANTED. Attorney Jose Luis Garza is substituted as attorney in this case in place of Randall Barrera.

ORDERED this 23rd day of June, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE